UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES K. McCALLUM,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER HORLACHER,<br><br>    Defendant. | Case No. 2:14-cv-00459-RFB-CWH<br><br>ORDER TO PRODUCE<br>JAMES K. McCALLUM, #96779 |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     RENEE BAKER, WARDEN, ELY STATE PRISON
          ELY, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JAMES K. McCALLUM, #96779**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall transport and produce **JAMES K. McCALLUM, #96779**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C in Las Vegas, Nevada, on or about Thursday, February 18, 2016, at the hour of 1:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **JAMES K. McCALLUM, #96779**, is released and discharged by the said Court; and that **JAMES K. McCALLUM, #96779**, shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, NV, under safe and secure conduct.

1     **DATED** this 26th day of January, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**