# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES MCCALLUM,           )
                          )   Case No. 2:14-cv-00459-RFB-CWH
            Plaintiff,    )
                          )   **ORDER**
vs.                       )
                          )
OFFICER SEAN HORLACHER,   )
                          )
            Defendant.    )
_____)

Before the Court is Plaintiff's first request for interrogatories (doc. # 51), filed May 10, 2016.

In his request, Plaintiff asks the Nevada Department of Corrections ("NDOC") for various interrogatories. It appears that Plaintiff simply filed on the record a copy of his discovery request to the NDOC. Pursuant to Local Rule 26-8, discovery-related documents must not be filed with the Court unless otherwise ordered. No such order has been entered by the Court in this case. Further failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, inter alia, Local Rule IA 11-8 and Fed. R. Civ. P. 16(f).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's first request for interrogatories (doc. # 51) from the record.

DATED: May 16, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**