1
2
3
4                           UNITED STATES DISTRICT COURT
5                               DISTRICT OF NEVADA
6                                      * * *
7    JAMES K. McCALLUM,                          Case No. 2:14-cv-00459-RFB-CWH

8                    Plaintiff,                       ORDER TO PRODUCE
                                                 JAMES K. McCALLUM, #96779
9          v.

10   OFFICER HORLACHER,

11                   Defendant.

12

13       TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
14       TO:     DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON
                 INDIAN SPRINGS, NV
15               UNITED STATES MARSHAL FOR THE DISTRICT OF
                 NEVADA AND ANY OTHER UNITED STATES MARSHAL
16

17          **THE COURT HEREBY FINDS** that **JAMES K. McCALLUM, #96779**, is presently in

18   custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian
19
     Springs, Nevada.
20
            **IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall
21
     transport and produce **JAMES K. McCALLUM, #96779**, to the Lloyd D. George United States
22
23   Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about July 19, 2016,

24   at the hour of 11:00 AM., to attend a hearing in the instant matter, and arrange for his appearance

25   on said date as ordered and directed by the Court entitled above, until **JAMES K. McCALLUM,**
26
     **#96779**, is released and discharged by the said Court; and that **JAMES K. McCALLUM,**
27
28   / / /

1    **#96779**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian

2    Springs, Nevada, under safe and secure conduct.

3

4         **DATED** this 28th day of June, 2016.

5

6         _____

7         **RICHARD F. BOULWARE, II**
          **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28