UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JAMES K. McCALLUM,

        Plaintiff,

   v.

OFFICER HORLACHER,

        Defendant.

Case No. 2:14-cv-00459-RFB-CWH

ORDER TO VACATE
ORDER TO PRODUCE
JAMES K. McCALLUM, #96779

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    DWIGHT NEVEN, WARDEN, HIGH DESERT STATE PRISON
          INDIAN SPRINGS, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

Pursuant to the filing of the Order of Dismissal (ECF 59), **IT IS ORDERED** that the ORDER TO PRODUCE (ECF 57) JAMES K. McCALLUM, #96779 is **VACATED**.

**IT IS FURTHER ORDERED** that the hearing set for July 19, 2016 is VACATED.

**DATED** this 11th day of July, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**